In the Matter of the Will of MARTHA M. HALL, Deceased.

HENRY J. S. HALL Appellant; JAMES J. MORGAN et al., as Executors of and Trustees under the Will of MARTHA M. HALL, Deceased, et al., Respondents.

(Argued May 27, 1936; decided July 8, 1936.)

*Nathan L. Miller, Harold Otis, Harry Sammet* and *William FitzGibbon* for appellant.

*John W. Davis, Otis T. Bradley, Harold M. Hoffman* and *Mitchell Salem Fisher* for James J. Morgan et al., as executors and trustees, respondents.

*John J. Bennett, Jr., Attorney-General (Robert P. Beyer* of counsel), for unknown beneficiaries of trust provision.

Order affirmed, with costs to all parties appearing and filing briefs payable out of the estate. No opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ. Dissenting: CRANE, Ch. J.